# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELINDA BRADLEY-WILLIAMS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 17-3755 |
| v. | : | |
| | : | |
| **AGENCY INSURANCE COMPANY** | : | |
| **OF MARYLAND, INC. and DURHAM** | : | |
| **INSURANCE GROUP, INC.** | : | |
| Defendants. | : | |

## ORDER

This 12th day of October, 2017, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**. In the absence of complete diversity of citizenship, federal jurisdiction does not exist, and it is therefore **further ORDERED** that this action is **REMAND ED** to the Court of Common Pleas of Philadelphia County. The Clerk shall mark this case closed for statistical purposes.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge